UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x  CASE NO. 20-22910-RDD
IN RE:

                                       CHAPTER 7

      Douglas B. Harle,                  **NOTICE OF APPEARANCE**
                                       **AND REQUEST FOR SERVICE**
                                       **OF PAPERS**

                    Debtor(s).

-------------------------------------------------------------x

**S I R S :**

      **PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of NBKC Bank, hereby enters its appearance as attorneys for NBKC Bank, in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

        STEIN, WIENER & ROTH, L.L.P.
        One Old Country Road, Suite 113
        Carle Place, New York 11514

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:      August 6, 2020
              Carle Place, New York

                                        STEIN, WIENER & ROTH, L.L.P.

                                        BY: _____
                                        KAREN B. MIGDAL, ESQ.
                                        Attorneys for NBKC Bank
                                        One Old Country Road, Suite 113
                                        Carle Place, New York 11514
                                        (516) 742-1212

TO:
    Howard P. Magaliff
Trustee
335 Madison Avenue, 9th Floor, New York, NY 10017

Michael H. Schwartz
Debtor's Attorney
One Barker Avenue, 2nd Floor, White Plains, NY 10601

Douglas B. Harle
Debtor
9 Cartwright Road, Stony Point, NY 10980

Douglas B. Harle
Debtor
9 Cartwright Road
Stony Point, NY 10980

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006, New York, NY 10014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:  CASE NO. 20-22910-RDD

   Douglas B. Harle,

CHAPTER 7

                         Debtor(s).

------------------------------------------------------------X

================================================================

**NOTICE OF APPEARANCE and
REQUEST FOR SERVICE OF PAPERS**

================================================================

                STEIN, WIENER & ROTH, L.L.P.
                Attorneys for NBKC Bank
                Office & P.O. Address
                One Old Country Road, Suite 113
                Carle Place, New York 11514
                (516) 742-1212
                77825/DOVEN